IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07MC00020-WBS-GGH |
| | ) | |
|     Plaintiff, | ) | |
| | ) | ORDER OF CONTINUING |
|  v. | ) | GARNISHMENT PURSUANT TO |
| | ) | STIPULATION (Voluntary) |
| CLYDE SANTENS, | ) | |
| SSN: xxx-xx-0523 | ) | |
| | ) | |
|     Defendant and | ) | |
|     Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CALSTRS, | ) | |
| | ) | |
| | ) | |
|     Garnishee. | ) | |
| _____ | ) | |

    Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

    IT IS HEREBY ORDERED that the garnishee CALSTRS shall withhold each month and remit to the United States District Court, $200.00 of defendant's monthly retirement, until the judgment is paid in full, or until further order of the Court.

DATED: 4/4/07

                                     /s/ Gregory G. Hollows
                                     _____
                                     United States Magistrate Judge

santens.ord